UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott E. Kaplan
Scott E. Kaplan, LLC
12 North Main St., PO Box 157
Allentown, NJ 08501
609-259-1112
Fax : 609-259-5600
Email: scott@sekaplanlaw.com

Order Filed on September 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Katherine B Graham

Case No.: 17-24550-MBK

Chapter: 13

Judge: Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 1, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of  Scott Kaplan on behalf of Katherine Graham  for the reduction of time for a hearing on  Motion to Extend Automatic Stay

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  September 12, 2017  at  10:00am  in the United States Bankruptcy Court,  402 East State Street Trenton New Jersey 08608 , Courtroom No.  8 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 All Interested Parties alnd Chapter 13 Trustee

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*