Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–24550–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Katherine B Graham
260 Prospect Avenue
Princeton, NJ 08540

Social Security No.:
xxx–xx–5195

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     1/8/19
Time:     02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Kaplan, Esq., Attorney for Debtor

COMMISSION OR FEES
$2,900.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 14, 2018
JAN:

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                     Case No. 17-24550-MBK
Katherine B Graham                                                         Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                  Page 1 of 1                  Date Rcvd: Dec 14, 2018
                               Form ID: 137                 Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db             +Katherine B Graham,    260 Prospect Avenue,    Princeton, NJ 08540-5304
517192073       BONY as trustee of CWALT, Inc. ALT 2005-J11,    Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
516949741      +Ford Graham,    260 Prospect Avenue,    Princeton, NJ 08540-5304
516949742      +John Woodberry,    c/o Hogan Lovells US, LLP,    Columbia Square,    555 13th Street NW,
                 Washington, DC 20004-1109
516949743      +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
516949745      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516949740      +E-mail/Text: bankruptcy@usecapital.com Dec 15 2018 00:01:36      Capital Accounts,
                 Po Box 140065,   Nashville, TN 37214-0065
517111598       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2018 00:05:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516949744       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 00:05:58
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
517098717       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 00:05:57
                 Portfolio Recovery Associates, LLC,    C/Ocitibank, N.a.,    POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Albert   Russo     on behalf of Debtor Katherine B Graham docs@russotrustee.com
              Albert   Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-J11 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-J11 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-J11
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J11 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott E. Kaplan    on behalf of Debtor Katherine B Graham scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```