UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E. Kaplan, LLC
5 South Main Street, PO Box 157
Allentown, NJ 08501
609-259-1112
Attorney for Debtor

Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Katherine B Graham,

                Debtor

Case No.: 17-24550

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Kaplan_____, the applicant, is allowed a fee of $ _____2900.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____$2900.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*