Case 17-24550-MBK    Doc 51    Filed 04/27/19    Entered 04/28/19 00:34:38    Desc Imaged
                        Certificate of Notice    Page 1 of 3
Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17−24550−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Katherine B Graham
    260 Prospect Avenue
    Princeton, NJ 08540

Social Security No.:
    xxx−xx−5195

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

     If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: April 25, 2019
JAN: gan

                                            Jeanne Naughton
                                            Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                  Case No. 17-24550-MBK
Katherine B Graham                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3            User: admin                   Page 1 of 1          Date Rcvd: Apr 25, 2019
                                Form ID: cscnodsc             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db            +Katherine B Graham,    260 Prospect Avenue,    Princeton, NJ 08540-5304
517192073      BONY as trustee of CWALT, Inc. ALT 2005-J11,    Shellpoint Mortgage Servicing,   PO Box 10826,
                Greenville, SC 29603-0826
516949741     +Ford Graham,    260 Prospect Avenue,    Princeton, NJ 08540-5304
516949742     +John Woodberry,    c/o Hogan Lovells US, LLP,    Columbia Square,    555 13th Street NW,
                Washington, DC 20004-1109
516949743     +Milstead & Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
516949745     +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 00:12:49       U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516949740      +E-mail/Text: bankruptcy@usecapital.com Apr 26 2019 00:14:09       Capital Accounts,
                Po Box 140065,    Nashville, TN 37214-0065
517111598       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 26 2019 00:10:09
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516949744       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 00:31:31
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517098717       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 00:31:52
                Portfolio Recovery Associates, LLC,    C/Ocitibank, N.a.,    POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Debtor Katherine B Graham docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-J11 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-J11 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-J11
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-J11 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott E. Kaplan    on behalf of Debtor Katherine B Graham scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```